IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                       **PLAINTIFF**

vs.                              No. 3:22-cv-80-JM

**BRANDON GOODWIN**                                            **DEFENDANT**

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Christopher Ethridge ("Ethridge"), by and through his undersigned counsel of Sanford Law Firm, PLLC, and for his Motion for Default Judgment ("Motion"), does hereby state and allege as follows:

1. By this Motion, Ethridge seeks a default judgment against Defendant Brandon Goodwin in the amount of $2,511.50, plus an equal amount as liquidated damages, for a total of $5,023.00. *See* Declaration of Christopher Ethridge, attached hereto as Exhibit 1 and Damages Calculations, attached hereto as Exhibit 2.

2. Ethridge filed his Original Complaint on March 28, 2022 (ECF No. 1) against Defendant Brandon Goodwin ("Defendant").

3. Ethridge served Defendant with a summons and copy of the Original Complaint on March 29, 2022, and filed the Proof of Service on April 5, 2022. *See* ECF No. 2.

4. Defendant's deadline for filing and serving an Answer or Motion to Dismiss was April 19, 2022, and no other time limit was fixed by this Court.

5. Defendant has not filed or served an Answer or Motion to Dismiss in accordance with Federal Rule of Civil Procedure 12(a)(1).

6.  No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted.

7.  On April 25, 2022, a Clerk's Entry of Default was entered against Defendant. ECF No. 4.

8.  Ethridge is entitled to Judgement by default against Defendant based on the claims set forth in his Complaint, as set forth in the incorporated Brief in Support of Motion for Default Judgement filed herewith.

9.  With this Motion, Plaintiff submits and incorporates the following exhibits:

Exhibit 1: Declaration of Christopher Ethridge;

Exhibit 2: Damages Calculations; and

Exhibit 3: Declaration of Attorney Josh Sanford

WHEREFORE, premises considered, Plaintiff Christopher Ethridge respectfully requests that this Court grant this Motion; enter a default judgment against Defendant Brandon Goodwin in the amount of $5,023.00, plus costs and a reasonable attorney's fee, to be determined after the filing of a motion by Plaintiff in accordance with the Federal Rules of Civil Procedure; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**PLAINTIFF CHRISTOPHER ETHRIDGE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Laura Edmondson
Ark. Bar No. 2021312
laura@sanfordlawfirm.com

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com