IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                                              **PLAINTIFF**

vs.                                           No. 3:22-cv-80-JM

**BRANDON GOODWIN**                                                                  **DEFENDANT**

### MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com