IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER ETHRIDGE                                                PLAINTIFF

v.                              No. 3:22-cv-80-DPM

BRANDON GOODWIN                                                     DEFENDANT

## ORDER

Ethridge's motion for a default judgment, *Doc. 6*, is denied without prejudice.

There are some technical deficits: Ethridge hasn't confirmed that Goodwin is neither a minor nor an incompetent person, FED. R. CIV. P. 55(b)(2); and he hasn't filed an affidavit stating whether Goodwin is in military service. Counsel's declaration on the last issue, *Doc. 6-3*, is insufficient. 50 U.S.C. § 3931(b)(1). Curative papers due by 29 September 2023.

The deeper issue is that Ethridge's damages must be established by testimony rather than affidavit. FED. R. CIV. P. 55(b)(2); *Tharp v. Smith*, 326 Ark. 260, 263, 930 S.W.2d 350, 352 (1996). We will therefore have a one-hour damages hearing on 9 November 2023 at 3:30 p.m. in Jonesboro.

So Ordered.

*_____*
D.P. Marshall Jr.
United States District Judge

7 September 2023