IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                                                 **PLAINTIFF**

vs.                                      No. 3:22-cv-80-DPM

**BRANDON GOODWIN**                                                                      **DEFENDANT**

## NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT

Plaintiff Christopher Ethridge files this Notice of Filing of Supplemental Exhibit to provide the Court with a declaration containing a confirmation that Defendant is not a minor, an incompetent person, or in military service, as requested by the Court in its September 7 Order. *See* ECF No. 15.

        Respectfully submitted,

        **PLAINTIFF CHRISTOPHER ETHRIDGE**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Parkway, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com