IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                                              **PLAINTIFF**

vs.                                             No. 3:22-cv-80-DPM

**BRANDON GOODWIN**                                                                   **DEFENDANT**

### DECLARATION OF ATTORNEY JOSH SANFORD

Attorney Josh Sanford does hereby state on oath as follows:

1. I am over the age of 18 and legally qualified to execute this Declaration.

2. I am admitted to practice in the United States District Court, Eastern District of Arkansas.

3. I am the attorney for Plaintiff Christopher Ethridge.

4. As of the filing of Plaintiffs' Motion for Clerk's Entry of Default, I have received no responsive pleading or motion to dismiss relating to this lawsuit from or on behalf of Defendant Brandon Goodwin ("Goodwin").

5. I have granted no extension of any kind to Defendant Goodwin.

6. I have had limited contact with Defendant Goodwin.

7. I have attempted to contact Defendant Goodwin on multiple occasions since the initial limited contact with him but have been unable to reach him.

8. Based on my limited contact with him as well as Plaintiff's accounting of events, Defendant is not a minor or an incompetent person.

9. On September 21, 2023, an attorney with my law firm submitted a record request for Defendant on the Servicemembers Civil Relief Act ("SCRA") Website,

https://scra.dmdc.osd.mil/scra/#/single-record, and the Status Report that he received in response to his request from the Department of Defense Manpower Data Center confirmed that Defendant is not an active duty servicemember of any branch of the United States Uniformed Services.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: September 29, 2023

*/s/ Josh Sanford*
**JOSH SANFORD**