IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                                          **PLAINTIFF**

vs.                                    No. 3:22-cv-80-DPM

**BRANDON GOODWIN**                                                              **DEFENDANT**

## NOTICE OF APPEARANCE—SAMUEL BROWN

Attorney Samuel Brown of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiff. Mr. Brown certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Brown will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SAMUEL BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com