IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER ETHRIDGE                                              PLAINTIFF

v.                              No. 3:22-cv-80-DPM

BRANDON GOODWIN                                                   DEFENDANT

### ORDER

In reviewing the file, the Court notes that the issue of Ethridge's affidavit is still not fixed. Ethridge, the plaintiff, must file an affidavit (or other paper under oath) stating whether Goodwin is in military service. 50 U.S.C. § 3931(b)(1) & (4). His lawyer's affidavit, *Doc. 16-1*, is insufficient. Curative papers due by 29 February 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2024