IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                                                                    **PLAINTIFF**

vs.                                        No. 3:22-cv-80-DPM

**BRANDON GOODWIN**                                                                                       **DEFENDANT**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Christopher Ethridge, by and through his undersigned counsel, for his Notice of Voluntary Dismissal without Prejudice, hereby states as follows:

1.   Plaintiff has abandoned his relationship with counsel. Accordingly, and although the Court has ordered Plaintiff to provide a curative affidavit, *see* ECF No. 19, counsel have no choice but to non-suit.

2.   Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses his Complaint (ECF No. 1) without prejudice.

3.   No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Respectfully submitted,

**CHRISTOPHER ETHRIDGE, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com