# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER ETHRIDGE**                                     **PLAINTIFF**

**v.**                          **No. 3:22-cv-80-DPM**

**BRANDON GOODWIN**                                     **DEFENDANT**

## JUDGMENT

Ethridge's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2024